United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAIRO ADONAY CRUZ AMAYA ,<br>*Petitioner,* | §<br>§<br>§ | |
| v. | § | Civil No. 5:26-cv-01088 |
| WEBB COUNTY DETENTION CENTER<br>and MARIO GARCIA,<br>*Respondents.* | §<br>§<br>§<br>§<br>§ | |

**ORDER**

Before the Court is the United States of America's Motion to Intervene. Dkt. No. 10. The Court must allow a party to intervene where they claim an interest in the outcome of the case, disposing of the matter would affect their ability to protect that interest, and the party is not adequately represented by existing parties. Fed. R. Civ. P. 24(a)(2). After due consideration, the Court finds that the United States meets these criteria in this habeas case. Moreover, intervention would not unduly delay or prejudice the adjudication of Petitioner's rights. *See* Fed. R. Civ. P. 24(b)(3). On the contrary, the Court finds that allowing the United States to intervene will expedite its adjudication. Accordingly, the United States of America's Motion to Intervene, Dkt. No. 10, is **GRANTED**.

The Clerk of Court is **DIRECTED** to file Dkt. No. 10-2 as Intervenor United States of America's Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment, with Dkt. Nos. 10-3, 10-4, 10-5, and 10-6 as attachments. Additionally, the

Clerk of Court is **DIRECTED** to mail a copy of this Order and a copy of Dkt. No. 10 by any receipted means to Petitioner at:

Jairo Adonay Cruz Amaya
A # 220-066-053
Webb County Detention Center
9998 South Highway 83
Laredo, Texas 78041

IT IS SO ORDERED

Signed this June 23, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge